UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC., and TRIAD HEALTHCARE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, and IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No.: 3:11-0449 JTN/JEG<br><br>**Hon. Judge John T. Nixon**<br>**Hon. Magistrate Judge Juliet Griffin** |

## AGREED ORDER RE: ALTERNATIVE DISPUTE RESOLUTION

Plaintiffs CHS/Community Health Systems, Inc. ("CHS/") and Triad Healthcare Corporation ("Triad"), with defendants Lexington Insurance Company ("Lexington") and IronShore Specialty Insurance Company ("IronShore") (collectively, the "parties"), through counsel, jointly submit this agreed order regarding their participation in alternative dispute resolution. The parties file this order in compliance with the Court's order dated November 3, 2011.

The parties agree to the following:

1.    In light of this Court's order dated November 3, 2011, the parties agree that any decisions regarding alternative dispute resolution in this case should be made following the District of New Mexico's ruling on Lexington's Motion to Transfer Venue, or, in the

1

Alternative, to Stay, in the related matter *Quorum Health Resources, LLC v. Lexington Ins. Co., et al.*, Case No. 1-11-cv-00374-RHS/LAM.

2. The parties will submit an additional status report or proposed order re: alternative dispute resolution within ten (10) days of notifying this Court of the District of New Mexico's ruling on Lexington's Motion to Transfer Venue.

So ordered.

_____
Juliet Griffin
United States District Court Magistrate Judge

**RESPECTFULLY SUBMITTED FOR ENTRY**:

**BUERGER, MOSELEY & CARSON, PLC**
306 Public Square
Franklin, TN 37064
Tel:   (615) 794-8850
Fax:   (615) 790-8861

By:   /s/ Lisa M. Carson
        Lisa M. Carson, TN BPR No. 14782

**ANDERSON KILL WOOD & BENDER, P.C.**
864 East Santa Clara Street
Ventura, CA 93001
Tel:   (805) 288-1300
Fax:   (805) 288-1301

By:   /s/ David E. Wood
        David E. Wood, Cal. Bar No. 121170

        Attorneys for Plaintiffs CHS/Community Health
        Systems, Inc. and Triad Healthcare Corporations

The above signatories attest that they have obtained consent to file this document from the signatories below, in accordance with Administrative Order No. 167, section 8.

imanage-145042.1

**FROST BROWN TODD LLC**
400 West Market Street, Suite 3200
Louisville, Kentucky 40202-3363
Tel:  (502) 568-0206
Fax:  (502) 581-1087

By:  /s/ Douglas W. Langdon
    Douglas W. Langdon

    Attorneys for Defendant Lexington Insurance Company

**MCKELLAR|HYDE, PLC**
411 Broadway, Suite 302
Nashville, Tennessee 37203
Tel:  (615) 866-9828
Fax:  (615) 866-9863

By:  /s/ Andrea McKellar
    Andrea T. McKellar

**TROUTMAN SANDERS LLP**
401 Ninth Street, NW
Washington, D.C. 20004
Tel:  (202) 662-2021
Fax:  (202) 654-5826

By:  /s/ Clarence Y. Lee
    Clarence Y. Lee

    Attorneys for Defendant IronShore Specialty Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically delivered to David E. Wood, Anderson Kill Wood & Bender, P.C., Attorneys for Plaintiffs, 864 East Santa Clara Street, Ventura, CA 93001; Douglas W. Langdon, Frost Brown Todd, LLC, Attorneys for Defendant Lexington Insurance Company, 424 Church Street, Ste. 1600, Nashville, TN 37219-2308; Andrea McKellar, McKellar Law, Attorneys for IronShore Specialty Insurance Company, 201 4th Ave., N., Ste. 1130, Nashville, TN 37219; Clarence Y. Lee, Troutman Sanders, LLP, 401 Ninth Street, NW, Washington, D.C. 20004 on this 17th day of November, 2011.

                /s/ Lisa M. Carson
                Lisa M. Carson