IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; and TRIAD HEALTHCARE CORPORATION | ) ) ) ) | No. 3-11-0449 |
| v. | ) ) | Consolidated with Case No. 3-12-0248 |
| LEXINGTON INSURANCE COMPANY; and IRONSHORE SPECIALTY INSURANCE COMPANY | ) ) ) ) | |

O R D E R

      The stay, imposed by order entered November 8, 2011 (Docket Entry No. 51), is hereby LIFTED.

      A case management conference is hereby scheduled on **Tuesday, May 8, 2012, at 9:30 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

      Inasmuch as the case of Quorum Health Resources, LLC v. Lexington Insurance company, 3-12-0248, has been consolidated into this case, the parties shall prepare and file a proposed, revised case management order for this consolidated action prior to the case management conference.

      It is so ORDERED.

                                                       JULIET GRIFFIN
                                                       United States Magistrate Judge