IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHS/COMMUNITY HEALTH ) | |
| SYSTEMS, INC.; and TRIAD ) | |
| HEALTHCARE CORPORATION ) | No. 3-11-0449 |
| ) | |
| v. ) | Consolidated with Case No. 3-12-0248 |
| ) | |
| LEXINGTON INSURANCE ) | |
| COMPANY; and IRONSHORE ) | |
| SPECIALTY INSURANCE COMPANY ) | |

O R D E R

The agreed motion to continue case management conference (Docket Entry No. 66) is GRANTED.

The initial case management conference, scheduled by order entered April 16, 2012 (Docket Entry No. 65), on May 8, 2012, is RESCHEDULED to **Thursday, May 10, 2012, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

Counsel for the parties shall prepare and file a proposed, revised case management order for this now-consolidated action prior to May 10, 2012.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge