IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; and TRIAD HEALTHCARE CORPORATION | ) ) ) No. 3-11-0449 |
| v. | ) ) Consolidated with Case No. 3-12-0248 |
| LEXINGTON INSURANCE COMPANY; and IRONSHORE SPECIALTY INSURANCE COMPANY | ) ) ) ) |

O R D E R

At the case management conference held on May 10, 2012, and, as reflected in the order entered May 14, 2012 (Docket Entry No. 70), the parties advised that they would participate in mediation on May 16, 2012, in New Mexico.

On May 22, 2012, Magistrate Judge Alan Torgerson, who conducted the settlement conference, advised the undersigned that counsel for defendants Lexington Insurance Company ("Lexington") and Ironshore Specialty Insurance Company ("Ironshore") had appeared on May 16, 2012, but that representatives of the defendants with authority were not present.

Judge Torgerson has scheduled a follow-up settlement conference on May 30, 2012. Counsel for all parties in this case shall appear at the scheduled time on May 30, 2012, and representatives of all parties, including Lexington and Ironshore, with full settlement authority shall also be present for the May 30, 2012, settlement conference.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge