IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; and TRIAD HEALTHCARE CORPORATION | ) ) ) ) | No. 3-11-0449 |
| v. | ) ) | Consolidated with Case No. 3-12-0248 |
| LEXINGTON INSURANCE COMPANY; and IRONSHORE SPECIALTY INSURANCE COMPANY | ) ) ) ) | |

O R D E R

The motions of the putative intervenors United Tort claimants for admission pro hac vice of Bernard Robert Given, II and Jeanne Wanlass (Docket Entry Nos. 77 and 78) are GRANTED.

Bernard Robert Given, II and Jeanne Wanlass are hereby admitted to practice in this case on behalf of the putative intervenors.

The Clerk is directed to enter Bernard Robert Given, II and Jeanne Wanlass on the docket as counsel for the putative intervenors with the address of Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067 (telephone 310-282-2000).[1]

The motion of the United Tort Claimants for leave to file reply to opposition to motion to intervene as plaintiff (Docket Entry No. 88) is GRANTED.

The Clerk is directed to file and docket the reply (Docket Entry No. 88-2).

A hearing on the motion to intervene (Docket Entry No. 72) is scheduled on **Tuesday, July 10, 2012, at 10:00 a.m., central time,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

*Juliet Griffin*
JULIET GRIFFIN
United States Magistrate Judge

---

[1] No email addresses were provided for Mr. Given or Ms. Wanlass.