IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; and TRIAD HEALTHCARE CORPORATION | ) ) ) | No. 3-11-0449 |
| | ) | |
| v. | ) | Consolidated with Case No. 3-12-0248 |
| | ) | |
| LEXINGTON INSURANCE COMPANY; and IRONSHORE SPECIALTY INSURANCE COMPANY | ) ) ) | |

O R D E R

The order entered June 25, 2012 (Docket Entry No. 89) is AMENDED as follows:

A hearing on the motion to intervene (Docket Entry No. 72) is scheduled on **Tuesday, July 10, 2012, at 1:00 p.m., central time,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge