IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; TRIAD HEALTHCARE CORPORATION; and QUORUM HEALTH RESOURCES, LLC, <br>     Plaintiffs/Counter-Defendants <br> and <br><br> UNITED TORT CLAIMANTS, <br>     Plaintiff Intervenor <br> v. <br><br> LEXINGTON INSURANCE COMPANY, <br><br>     Defendant/Counter-Plaintiff <br> and <br><br> IRONSHORE SPECIALTY INSURANCE COMPANY <br>     Defendant. | No. 3-11-0449 <br><br> Consolidated with Case No. 3-12-0248 |

O R D E R

In accord with the order entered July 25, 2012 (Docket Entry No. 100), the Clerk is directed to file and docket the complaint in intervention (Docket Entry No. 72-1).

The Clerk is also directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the motion for partial summary judgment filed by defendant Lexington Insurance Company (Docket Entry No. 82), the motion for partial summary judgment filed by plaintiff Quorum Health Resources, LLC and accompanying memorandum (Docket Entry Nos. 83-84), the joint statement of undisputed material facts (Docket Entry No. 85),[1] exhibits in support (Docket Entry No. 86),[2] the motion for partial summary judgment filed by defendant Ironshore

---

[1] Instead of the parties' filing competing statements of undisputed material facts, the parties have filed one, agreed-upon statement of undisputed material facts as contemplated in the order entered May 14, 2012 (Docket Entry No. 70).

[2] These exhibits were also filed as attachment to the joint statement of undisputed material facts (Docket Entry No. 85), but, upon notice by the Clerk, the parties re-filed the exhibits.

Specialty Insurance Company (Docket Entry No. 87), the responses to the motions (Docket Entry Nos. 92-93), and replies (Docket Entry Nos. 96-97) to the responses.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge