IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; TRIAD HEALTHCARE CORPORATION; and QUORUM HEALTH RESOURCES, LLC, | ) ) ) ) ) | |
| Plaintiffs/Counter-Defendants | ) | No. 3-11-0449 |
| and | ) ) | Consolidated with Case No. 3-12-0248 |
| UNITED TORT CLAIMANTS, | ) | |
| Plaintiff Intervenor | ) | |
| v. | ) ) | |
| LEXINGTON INSURANCE COMPANY, | ) ) ) | |
| Defendant/Counter-Plaintiff | ) | |
| and | ) ) | |
| IRONSHORE SPECIALTY INSURANCE COMPANY | ) ) ) | |
| Defendant. | ) | |

O R D E R

On September 5, 2012, the parties filed a Stipulation Regarding Shared Limits Issue (Docket Entry No. 120).

As addressed during the telephone conference call with counsel for the parties and the Court and as reflected in the order entered September 4, 2012 (Docket Entry No. 119), a hearing was scheduled on September 6, 2012, to address whether the parties have been able to reach an appropriate stipulation and, if not, to address why the parties cannot reach such an agreement.

Inasmuch as the parties have now agreed to a stipulation and inasmuch as counsel for all parties have advised the Court that there is otherwise no need for the hearing, the September 6, 2012, hearing is CANCELLED.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge