IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; TRIAD HEALTHCARE CORPORATION; and QUORUM HEALTH RESOURCES, LLC, | ) ) ) ) ) | |
| Plaintiffs/Counter-Defendants and | ) ) ) | No. 3-11-0449 Consolidated with Case No. 3-12-0248 |
| UNITED TORT CLAIMANTS, Plaintiff Intervenor v. | ) ) ) ) | |
| LEXINGTON INSURANCE COMPANY, | ) ) ) | |
| Defendant/Counter-Plaintiff and | ) ) ) | |
| IRONSHORE SPECIALTY INSURANCE COMPANY Defendant. | ) ) ) ) | |

O R D E R

Pursuant to the order entered November 9, 2012 (Docket Entry No. 127), a case management conference was held on January 4, 2013, at which time the following matters were addressed:

1. After discussion and with the agreement of all parties, the proceedings in this case are STAYED until the resolution of the pending motions for partial summary judgment (Docket Entry Nos. 82 and 83).

2. Once those motions are resolved, a case management conference will be scheduled and scheduling deadlines extended.

3. In consultation with the office of the Honorable John T. Nixon, the June 28, 2013, pretrial conference and the July 16, 2013, trial are CANCELED, to be rescheduled after resolution of the pending motions for partial summary judgment.

4. By January 14, 2013, counsel for defendant Lexington Insurance Company ("Lexington") shall clarify the issue raised in the unrecorded portion of the January 4, 2013, proceeding outside the presence of counsel for the intervenor.

If the issue is not resolved, counsel for the parties, except counsel for the intervenor, shall schedule a telephone conference call with the Court.

The Clerk is directed to forward the file in this case to Judge Nixon for further consideration[1] of the motion of defendant Lexington for partial summary judgment (Docket Entry No. 82),[2] the joinder in the motion by defendant Ironshore Specialty Insurance Company ("Ironshore") (Docket Entry No. 87), the motion of plaintiff Quorum Health Resources, LLC ("QHR") for partial summary judgment and accompanying memorandum (Docket Entry Nos. 83-84), the notice of joinder filed by defendant United Tort Claimants ("UTC") (Docket Entry No. 122), the joint statement of undisputed material facts in support of the cross-motions for partial summary judgment (Docket Entry No. 85)[3] and a duplicative filing of the exhibits (Docket Entry No. 86),[4] the responses to the motions (Docket Entry No. 92-93), and the replies (Docket Entry Nos. 96-97) to the responses.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Oral argument was held on these motions on September 7, 2012.

[2] The memorandum in support of the motion of defendant Lexington is filed as an attachment (Docket Entry No. 82-1) to the motion rather than as a separate filing.

[3] Instead of the parties' filing competing statements of undisputed material facts, the parties filed one, agreed-upon statement of undisputed material facts as contemplated in the order entered May 14, 2012 (Docket Entry No. 70).

[4] Exhibits A-H to the joint statement (Docket Entry No. 85-1) are identical to the Exhibits A-H attached to the notice of filing exhibits (Docket Entry Nos. 86-1 through 86-8). The only difference is that Exhibit I (Docket Entry No. 86-9) is also attached to the notice of filing exhibits.