IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; TRIAD HEALTHCARE CORPORATION; and QUORUM HEALTH RESOURCES, LLC, | ) ) ) ) ) | |
|     Plaintiffs/Counter-Defendants | ) | No. 3-11-0449 |
| and | ) ) | Consolidated with Case No. 3-12-0248 |
| UNITED TORT CLAIMANTS, | ) | |
|     Plaintiff Intervenor | ) | |
| v. | ) ) | |
| LEXINGTON INSURANCE COMPANY, | ) ) | |
|     Defendant/Counter-Plaintiff | ) | |
| and | ) ) | |
| IRONSHORE SPECIALTY INSURANCE COMPANY | ) ) ) | |
|     Defendant. | ) | |

O R D E R

The parties' joint motion to continue telephonic conference (Docket Entry No. 145) is GRANTED.

The telephone conference call, scheduled by order entered January 6, 2014 (Docket Entry No. 143), on February 4, 2014, is RESCHEDULED to **Wednesday, February 12, 2014, at 2:00 p.m., central time,** to address whether the parties have entered into a stipulation that defendant Lexington will not seek reimbursement of defense costs, whether discovery that has been or will be taken in the underlying cases will be sufficient for any discovery that the defendant might need to address coverage issues in this case, scheduling necessary discovery and a motion for summary judgment or trial date, when mediation has been scheduled in the underlying action, and any other appropriate matters. A call-in number has been provided.

It is so ORDERED.

                                                _____
                                                JULIET GRIFFIN
                                                United States Magistrate Judge