IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; TRIAD HEALTHCARE CORPORATION; and QUORUM HEALTH RESOURCES, LLC, | ) ) ) ) ) | |
|     Plaintiffs/Counter-Defendants | ) | No. 3-11-0449 |
| and | ) ) | Consolidated with Case No. 3-12-0248 |
| UNITED TORT CLAIMANTS, | ) | |
|     Plaintiff Intervenor | ) | |
| v. | ) ) | |
| LEXINGTON INSURANCE COMPANY, | ) ) | |
|     Defendant/Counter-Plaintiff | ) | |
| and | ) ) | |
| IRONSHORE SPECIALTY INSURANCE COMPANY | ) ) | |
|     Defendant. | ) | |

O R D E R

The plaintiffs' unopposed motion to modify scheduling order (Docket Entry No. 168) is GRANTED, and the order entered February 14, 2014 (Docket Entry No. 152), is hereby modified to extend the time for the plaintiffs to file responses to the amended counter-claims (Docket Entry Nos. 148 and 153) from March 10, 2014, to March 24, 2014.

In addition, the plaintiffs shall have until March 24, 2014, to file an amended complaint against defendant Lexington Insurance Company, alleging bad faith.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge