IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHS/COMMUNITY HEALTH )
SYSTEMS, INC.; TRIAD )
HEALTHCARE CORPORATION; and )
QUORUM HEALTH RESOURCES, )
LLC, )
    Plaintiffs/Counter-Defendants )    No. 3-11-0449
and )
        )    Consolidated with Case No. 3-12-0248
UNITED TORT CLAIMANTS, )
    Plaintiff Intervenor )
v. )
        )
LEXINGTON INSURANCE )
COMPANY, )
    Defendant/Counter-Plaintiff )
and )
        )
IRONSHORE SPECIALTY )
INSURANCE COMPANY )
    Defendant. )

O R D E R

The plaintiffs' motion to modify case management order of February 14, 2014 (Docket Entry No. 159) is GRANTED to the extent that the order entered February 14, 2014 (Docket Entry No. 152) is MODIFIED to delete ¶ 6 on page 2 of the order.

Defendant Ironshore responded to the plaintiffs' motion that it did not object to the motion (Docket Entry No. 166), and defendant Lexington Insurance Company responded to the plaintiffs' motion by advising that it will not seek to take any depositions of witnesses who have already been deposed in the underlying actions (Docket Entry No. 170).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge