IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; TRIAD HEALTHCARE CORPORATION; and QUORUM HEALTH RESOURCES, LLC, | ) ) ) ) ) | |
|     Plaintiffs/Counter-Defendants | ) | No. 3-11-0449 |
| and | ) ) | Consolidated with Case No. 3-12-0248 |
| UNITED TORT CLAIMANTS, | ) | |
|     Plaintiff Intervenor | ) | |
| v. | ) ) | |
| LEXINGTON INSURANCE COMPANY, | ) ) | |
|     Defendant/Counter-Plaintiff | ) | |
| and | ) ) | |
| IRONSHORE SPECIALTY INSURANCE COMPANY | ) ) | |
|     Defendant. | ) | |

O R D E R

The plaintiff's unopposed motion to modify scheduling order (Docket Entry No. 178) is GRANTED.

The time for the plaintiff to file responses to the amended counter-claims (Docket Entry Nos. 148 an 153) is extended from March 24, 2014, and to April 14, 2014.

The time for the plaintiffs to file an amended complaint against defendant Lexington Insurance Company, alleging bad faith, is extended from March 24, 2014, to April 14, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge