IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; TRIAD HEALTHCARE CORPORATION; and QUORUM HEALTH RESOURCES, LLC, | ) ) ) ) ) | |
| Plaintiffs/Counter-Defendants | ) | No. 3-11-0449 |
| and | ) ) | Consolidated with Case No. 3-1-048 |
| UNITED TORT CLAIMANTS, | ) | |
| Plaintiff Intervenor | ) | |
| v. | ) ) | |
| LEXINGTON INSURANCE COMPANY, | ) ) | |
| Defendant/Counter-Plaintiff | ) | |
| and | ) ) | |
| IRONSHORE SPECIALTY INSURANCE COMPANY | ) ) | |
| Defendant. | ) | |

O R D E R

The intervenor's motion for permission to file reply (Docket Entry No. 176) is GRANTED.

The Clerk is directed to file the intervenor's reply (Docket Entry No. 176-1) to the response filed by defendant Ironshore Specialty Insurance Company (Docket Entry No. 167) to the intervenor's motion for judgment on the pleadings (Docket Entry No. 154).

The motion of plaintiff Quorum Health Resources ("QHR") for leave to file reply (Docket Entry No. 177) is GRANTED.

The Clerk is directed to file the plaintiff's reply (Docket Entry No. 177-1) to the response filed by defendant Lexington Insurance Company (Docket Entry No. 175) to the plaintiff's motion to permit QHR to propound additional interrogatories (Docket Entry No. 162).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge