IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; TRIAD HEALTHCARE CORPORATION; and QUORUM HEALTH RESOURCES, LLC, <br>     Plaintiffs/Counter-Defendants <br> and <br><br> UNITED TORT CLAIMANTS, <br>     Plaintiff Intervenor/ <br>     Counter-Defendant <br> v. <br><br> LEXINGTON INSURANCE COMPANY; and IRONSHORE SPECIALTY INSURANCE COMPANY <br>     Defendants/Counter-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3-11-0449 <br><br> Consolidated with Case No. 3-1-048 |

O R D E R

As addressed during the telephone conference call held on July 16, 2014, the motion of defendant Lexington Insurance Company ("Lexington") requesting a hearing on its motion to disqualify attorneys David Wood and John Corbett and Joshua Rogers' Motion to withdraw as counsel of record (Docket Entry No. 219) was GRANTED, and a hearing was scheduled on the motion of defendant Lexington for Joshua D. Rogers and Kunz Plitt Hyland & Demlong to withdraw as attorneys of record for Lexington (Docket Entry No. 216) and the motion of defendant Lexington to disqualify attorneys David E. Wood and John Corbett (counsel for QHR) (Docket Entry No. 217), as well as the plaintiff's motion for protective order (Docket Entry No. 208), on **Wednesday, August 6, 2014, at 9:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge