IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

QUORUM HEALTH RESOURCES, )
LLC, )
    Plaintiffs/Counter-Defendants ) No. 3-11-0449
and )
    ) Consolidated with Case No. 3-12-0248[1]
UNITED TORT CLAIMANTS, )
    Plaintiff Intervenor/ )
    Counter-Defendant )
v. )
    )
LEXINGTON INSURANCE )
COMPANY; and IRONSHORE )
SPECIALTY INSURANCE COMPANY )
    Defendants/Counter-Plaintiffs. )

O R D E R

The following matters, inter alia, were addressed during the July 10, 2014, and July 16, 2014, telephone conference calls with counsel for the parties and the Court:

1. In part by agreed order entered August 5, 2014 (Docket Entry No. 235), plaintiff's motion for leave to propound additional interrogatories (Docket Entry No. 197) was DENIED as to defendant Ironshore Specialty Insurance Company and GRANTED as to defendant Lexington.

2. The plaintiff's motion to modify scheduling order and trial date (Docket Entry No. 201) has been effectively GRANTED by the order entered August 5, 2014 (Docket Entry No. 236) and as set forth below.

As scheduled during the July 16, 2014, telephone conference call with counsel for the parties and by order entered August 5, 2014 (Docket Entry No. 234), a hearing was held on August 6, 2014, at which time the following matters were addressed:

---

[1] There are no longer any claims asserted by CHS/Community Health Systems, Inc. and Triad Healthcare Corporation as originally asserted in the lead case (3-11-0449). See Fourth Amended Consolidated Complaint filed May 15, 2014 (Docket Entry No. 194). Although technically case no. 3-11-0449 should be closed, closing that case and only using 3-12-0248 in the future would present an administrative nightmare. Therefore, the lead case will remain 3-11-0449 and all filings and entries shall continue to be made in 3-11-0449.

1. The motion filed by Defendant Lexington Insurance Company for Joshua D. Rogers and Kunz Plitt Hyland & Demlong to withdraw as attorney of record (Docket Entry No. 216) is GRANTED.

The Clerk is directed to terminate Joshua D. Rogers and Steven Plitt as counsel for defendant and counter-plaintiff Lexington Insurance Company ("Lexington").

2. Defendant Lexington WITHDREW its motion to disqualify attorneys David E. Wood and John Corbett (Docket Entry No. 217). The Clerk is directed to terminate that motion as pending.

3. The plaintiff WITHDREW its motion for protective order (Docket Entry No. 208), with leave to refile a revised motion if necessary. The Clerk is directed to terminate that motion as pending.

4. The parties shall propound written discovery no later than September 5, 2014.

5. All fact discovery shall be completed by November 7, 2014.

6. The parties shall have until October 17, 2014, to serve expert disclosures in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedure.

7. Any rebuttal expert disclosures shall be served by October 31, 2014.

8. All expert discovery shall be completed by November 21, 2014.

6. Any dispositive motion relating, including but not limited to bad faith issues, shall be filed by December 8, 2014. Any response shall be filed within 28 days of the filing of the motion or by January 5, 2015, if the motion is filed on December 8, 2014. Any reply, if necessary, shall be filed within seven (7) days of the filing of the response or by January 12, 2015, if the response is filed on January 5, 2015.

No other filings in support of or in opposition to any dispositive motion shall be made after January 12, 2015, except with the express permission of the Honorable John T. Nixon.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge