IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

QUORUM HEALTH RESOURCES, LLC, )
    Plaintiffs/Counter-Defendants )
and )
     )
UNITED TORT CLAIMANTS, )
    Plaintiff Intervenor/ )
    Counter-Defendant )
v. )
     )
LEXINGTON INSURANCE )
COMPANY; and IRONSHORE )
SPECIALTY INSURANCE COMPANY )
    Defendants/Counter-Plaintiffs. )

No. 3-11-0449

Consolidated with Case No. 3-12-0248[1]

O R D E R

Counsel for the plaintiff intervenor United Tort Claimants ("UTC") has notified the Court that a settlement has been reached between the UTC and defendant Ironshore Specialty Insurance Company ("Ironshore").

As a result, the following motions are rendered MOOT and the Clerk is directed to terminate them as pending motions:

1. The motion filed by the UTC for judgment on the pleadings against Ironshore (Docket Entry No. 154);

2. The motion to strike answer or for a more definite statement filed by the UTC against Ironshore (Docket Entry No. 161); and

3. The motion of the UTC for permission to file reply (Docket Entry No. 176).

---

[1] There are no longer any claims asserted by CHS/Community Health Systems, Inc. and Triad Healthcare Corporation as originally asserted in the lead case (3-11-0449). See Fourth Amended Consolidated Complaint filed May 15, 2014 (Docket Entry No. 194). Although technically case no. 3-11-0449 should be closed, closing that case and only using 3-12-0248 in the future would present an administrative nightmare. Therefore, the lead case will remain 3-11-0449 and all filings and entries shall continue to be made in 3-11-0449.

Although counsel for the UTC advised that the motion filed by the UTC for a hearing (Docket Entry No. 220) is also rendered moot, in that motion the UTC requested a hearing on the pending motions for judgment on the pleadings against both Ironshore and defendant Lexington Insurance Company ("Lexington"), and the Court assumes that the UTC still requests a hearing on the motion for judgment on the pleadings against Lexington.

Therefore, the motion for a hearing will remain pending as it relates to the motion for judgment on the pleadings against defendant Lexington.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge