UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHS/COMMUNITY HEALTH SYSTEM, INC., ET AL. ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:11cv449 |
| v. ) ) | |
| LEXINGTON INSURANCE COMPANY, ET AL. ) ) ) | |
| Defendants. ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on February 26, 2015.

      KEITH THROCKMORTON, CLERK

      /s/ Debby Sawyer